# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FRANKLIN HAMMITT,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:16-cv-2644 KJM KJN P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action under 42 U.S.C. § 1983. On March 6, 2019, plaintiff filed a motion to appointment counsel. (ECF No. 61.) The court finds that the appointment of counsel is warranted. H. Grant Law, Edward B. Gaus, and Mayela C. Montenegro, of Shook Hardy & Bacon LLP, have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. H. Grant Law, Edward B. Gaus, and Mayela C. Montenegro, of Shook Hardy & Bacon LLP, are appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on H. Grant Law and

Edward B. Gaus at Shook Hardy & Bacon LLP, 1 Montgomery St., Suite 2600, San Francisco, CA 94104 and Mayela C. Montenegro at Shook Hardy & Bacon LLP, Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, CA 92614.

Dated: March 22, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hamm2644.31