UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FRANKLIN HAMMIT,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY JAIL, et al.,<br><br>  Defendants. | No. 2: 16-cv-2644 KJM KJN P<br><br><br>ORDER |

Pursuant to the stipulation filed October 21, 2019 (ECF No. 74), IT IS HEREBY ORDERED that the parties shall file the dispositional documents on or before November 25, 2019.

Dated: October 23, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hamm2644.stip

1