SHOOK, HARDY & BACON L.L.P.
H. Grant Law (SBN: 144505)
hlaw@shb.com
Edward B. Gaus (SBN: 289561)
egaus@shb.com
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

Mayela C. Montenegro (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016

Attorneys for Plaintiff
Thomas Franklin Hammitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FRANKLIN HAMMITT,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY JAIL, et al.,<br><br>Defendants. | Case No. 2:16-cv-02644-KJM-KJN<br><br>Judge: Hon. Kendall J. Newman<br>Ctrm: 25<br><br>**SECOND STIPULATION EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Local Rules 143 and 144, plaintiff Thomas Franklink Hammitt ("Plaintiff") and defendants Butte County Jail, County of Butte, and Butte County Sheriff Kory Honea ("Defendants") (collectively, "the Parties") hereby stipulate to a second extension of time to file dispositional documents in this action.

On September 11, 2019, the Parties appeared before the Honorable Kendall J. Newman for a settlement conference. The Parties reached a verbal settlement, and the Court set a deadline of 45 days to file dispositional documents. *See* ECF No. 73. Despite due diligence, the Parties were unable to fully resolve pending issues and file dispositional documents by the originally-set deadline. The Parties, therefore, filed a Stipulation Extending Time to File Dispositional Documents, which was granted by this Court. *See* ECF Nos. 74, 75. The new deadline was set for November 25, 2019.

The Parties hereby request a second extension of time to file dispositional documents. Due to Plaintiff's incarceration, Plaintiff's counsel has experienced significant delay in obtaining executed documents. Executed documents were recently received and Defendants are currently in the process of effectuating settlement payment. As such, the Parties are unable to fully resolve this case and file dispositional documents by November 25, 2019.

The Parties, therefore, hereby stipulate to a further extension to file dispositional documents by December 23, 2019. The Parties respectfully request the Court approve this extension.

Dated: November 22, 2019              SHOOK, HARDY & BACON L.L.P.

                                      By:   /s/ Mayela C. Montenegro
                                            H. Grant Law
                                            Edward B. Gaus
                                            Mayela C. Montenegro
                                         Attorneys for Plaintiff
                                         Thomas Franklin Hammitt

2

Dated: November 22, 2019         LAW OFFICE OF GREGORY P. EINHORN

                                 By: /s/ Gregory P. Einhorn
                                     (as authorized on 11/21/2019)
                                     Gregory P. Einhorn
                                     Attorneys for Defendants
                                     Butte County Jail, County of Butte, and
                                     Butte County Sheriff Kory Honea

IT IS SO ORDERED.

Dated: November 22, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE