UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FRANKLIN HAMMIT,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY JAIL, et al.,<br><br>Defendants. | No. 2: 16-cv-2644 KJM KJN P<br><br><br><br>ORDER |

Pursuant to stipulation, IT IS HEREBY ORDERED that the parties shall file the dispositional documents on or before December 23, 2019.

Dated: December 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hamm2644.stip(2)

1